UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN MASCK,

    Plaintiff,

v

THE HERALD COMPANY, INC., a foreign corporation,

    Defendant.
_____/

CASE NO. 07-10511

JUDGE AVERN COHN

STEVEN D. PEPE

LAW OFFICE OF GLEN N. LENHOFF
BY:   GLEN N. LENHOFF (P32610)
Attorney for Plaintiff
328 South Saginaw Street
8th Floor, North Building
Flint, Michigan 48502
(810)235-5660
_____

A prior civil action was filed arising out of the same set of facts. The prior case was filed in the Circuit Court for the County of Genesee, where it was captioned <u>Brian Masck v The Herald Company, Inc., a foreign corporation and Tony Dearing,</u> Civil Action No. 07-85534-CL, and was assigned to Judge Judith A. Fullerton. The prior case was filed on or about January 19, 2007, and was voluntarily dismissed without prejudice prior to service of the Complaint on the Defendant on January 31, 2007

### COMPLAINT AND DEMAND FOR JURY TRIAL

**NOW COMES** Plaintiff, Brian Masck, by and through his attorney, the Law Office of Glen N. Lenhoff, and hereby complains of Defendant The Herald Company, Inc. as follows:

### PARTIES AND JURISDICTION

1.     Plaintiff, Brian Masck (hereinafter "Plaintiff") is a resident of the State of Michigan.

1

2. Defendant The Herald Company, Inc. (hereinafter "Defendant Herald Co.") is a foreign corporation doing business as The Flint Journal, which conducts business in the State of Michigan.

3. .The claims Plaintiff asserts in this lawsuit includes an age discrimination claim under the Elliott-Larson Civil Rights Act, MCLA §37.2202 and a wrongful termination claim pursuant to the Michigan Wrongful Discharge Doctrine.

4. The amount in controversy in this case exceeds twenty-five thousand ($75,000.00) dollars.

5. This Court has subject matter jurisdiction over this case based on 28 USC 1332(a).

6. Venue is proper for this Court for the reason that the facts in this case arose from Plaintiff's employment in Genesee County.

## GENERAL ALLEGATIONS

7. Plaintiff was born on September 13, 1962.

8. Plaintiff began his employment with Defendants on January 7, 1985.

9. At the time Plaintiff became employed by Defendants and throughout his employment with Defendants, Defendants promised Plaintiff he would not be discharged without good cause.

10. Plaintiff performed his job in a diligent and skillful manner.

11. During his employment with Defendants, Plaintiff worked in Defendants' photojournalism department.

LAW OFFICE OF
GLEN N. LENHOFF
328 S. SAGINAW ST.
8TH FLOOR, NORTH BUILDING
FLINT, MICHIGAN 48502

PH. (810) 235-5660
FAX (810) 235-5641

12. Plaintiff was discharged from his position on or about November 3, 2006.

13. Said discharge was without just cause.

14. Said discharge was, in part, due to Plaintiff's age.

15. Plaintiff has suffered economic and emotional damages as a result of his discharge.

## COUNT I – WRONGFUL DISCHARGE CLAIM AGAINST DEFENDANT HERALD CO. BASED ON DEFENDANT HERALD CO.'S BREACH OF GOOD CAUSE JOB SECURITY REPRESENTATIONS

16. Plaintiff hereby alleges and incorporates by reference the preceding paragraphs.

17. Defendant Herald Co. represented to Plaintiff, both at the time Plaintiff began his employment with Defendant Herald Co. and, thereafter, Plaintiff would not be discharged without just cause.

18. Said representations caused Plaintiff to believe that he would not be discharged unless there was good cause.

19. In fact, Plaintiff was discharged without just cause.

20. Under Michigan's Wrongful Discharge Doctrine, an employer is obligated to adhere to representations that the employer makes with respect to job security.

21. Because Defendant Herald Co. breached Defendant Herald Co.'s job security representations, Defendant Herald Co. violated the Michigan Wrongful Discharge Doctrine.

LAW OFFICE OF
GLEN N. LENHOFF
328 S. SAGINAW ST.
8TH FLOOR, NORTH BUILDING
FLINT, MICHIGAN 48502

PH. (810) 235-5660
FAX (810) 235-5641

## COUNT II - MCLA §37.2202 AGE DISCRIMINATION CLAIM AGAINST DEFENDANT

22. Plaintiff hereby alleges and incorporates by reference the preceding paragraphs.

23. Plaintiff was discharged by Defendant on or about November 3, 2006.

24. Plaintiff's age was a substantial causative factor in Defendants' discharge of Plaintiff.

25. Therefore, Plaintiff hereby assets an MCLA §37.2202 Age Discrimination Claim against Defendant.

**WHEREFORE** Plaintiff prays for a Judgment against Defendants in damages in such a sum in excess of seventy-five thousand ($75,000.00) dollars as the jury deems just, together with costs and interest.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial in the captioned case as guaranteed by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: 2/1/07

GLEN N. LENHOFF (P32610)
Attorney for Plaintiff

Dated: 2/1/07

MICHAEL FREIFELD (P48198)
Attorney for Plaintiff

G:\CLIENTS\Masck, Brian\complaint.doc

LAW OFFICE OF
**GLEN N. LENHOFF**
328 S. SAGINAW ST.
8TH FLOOR, NORTH BUILDING
FLINT, MICHIGAN 48502

PH. (810) 235-5660
FAX (810) 235-5641

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Brian Masck

**DEFENDANTS**   07 - 10511
The Herald Company, Inc., a foreign corporation and Tony Dearing

**(b)** County of Residence of First Listed Plaintiff   Genesee County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

AVERN COHN
STEVEN D. PEPE

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Office of Glen N. Lenhoff
328 South Saginaw Street, 8th Floor, North Building
Flint, Michigan 48502 (810) 235-5660

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Select One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Select One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Select One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☑ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ■ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: |  | ☐ 871 IRS —Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

**V. ORIGIN** (Select One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Michigan's Elliott Larsen Civil Rights Act
Brief description of cause:
Age Discrimination

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $75,000.00+
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions)
JUDGE Judith A. Fullerton
DOCKET NUMBER 07-85534-CL

DATE
February 1, 2007

SIGNATURE OF ATTORNEY OF RECORD
[signature]

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☑ Yes  ☐ No

   If yes, give the following information:

   Court: Genesee County Circuit Court

   Case No.: 07-85534-CL

   Judge: Judith A. Fullerton

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :